## Popovic v. Popovic, Appellant.

Argued September 26, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Marcella R. McNanamy,* for appellant.

*Harry S. Kalson,* for appellee.

OPINION PER CURIAM, January 8, 1963:

The order of the Superior Court is affirmed on the opinion of MONTGOMERY, J., reported in 195 Pa. Superior Ct. 291, 171 A. 2d 608 (1961).

Mr. Justice MUSMANNO dissents.